

RICHARD SHINNERS
JOSEPH W. LARREW
GREG A. CAMPBELL
ANN G. DALTON
JANINE M. MARTIN
JAGADEESH B. MANDAVA
MARY M. LINDMARK
DANIEL M. McLAUGHLIN
MELISSA A. McLAUGHLIN

# Hammond and Shinners, P.C.
ATTORNEYS AT LAW

13205 Manchester Rd. · Suite 210 · St. Louis, MO 63131

P: 314-727-1015      F: 314-727-6804      TF: 1-888-727-1015

CARY HAMMOND
(1948-2013)

YOUNG

March 19, 2026

***Via Certified Mail***
Mr. Kyle D. Vogt, CEO
Klance Staging, Inc.
1375 Jefferson Street
Pacific, MO 63039

      **Re:**    **IATSE Local #6 Fringe Benefit Funds' Payroll Compliance Examination Final Report**

Mr. Vogt:

Enclosed please find a copy of the Payroll Compliance Examination performed on behalf of the Funds by the Funds' Auditor, Anders CPAs & Advisors ("Anders"), for the period of July 1, 2021 through September 30, 2024. I have enclosed a copy of Ander's findings for your review. As you can ascertain, the examination disclosed that Klance Stagging, Inc. is delinquent to the Fund in the amount of **$3,771,846.71.**

Should you have any challenges to the results, please put your challenges in writing and forward them to:

        Daniel M. McLaughlin
        Hammond & Shinners, P.C.
        13205 Manchester Road, Ste. 210
        Des Peres, MI 63131

Your challenges will then be forwarded to the Fund and Local Union for their review. Please be sure to include any documentation supporting your position with challenges.

Mr. Vogt please be advised that I am appealing to your sense of better business judgment. While I am anxious to reach an amicable resolution to this matter, and wish to do so without the time and expense of further legal action, I have been authorized to seek *immediate* legal recourse to ensure my client=s interests are protected to the fullest extent of the law. Please respond **within fourteen (14) days** from receipt of this correspondence to discuss this matter in further detail. Should you fail to comply with the above-referenced deadline, this law firm with be left with no other alternative but to seek the necessary and appropriate legal remedy in all applicable State and Federal jurisdictions.

Thank you for your prompt attention to this matter. Should you have any questions or comments, please do not hesitate to contact my office.

      Very truly yours,

      HAMMOND & SHINNERS, P.C.

      Daniel M. McLaughlin

Enclosure
cc:    Fund Office



13205 Manchest



**CERTIFIED MAIL**

9589 0710 5270 0721 8216 22

9589 0710 5270 0721 8216 22



Mr. Kyle D. Vog
Klance Staging, Inc.
1375 Jefferson Street
Pacific, MO  63039

## U.S. Postal Service
### CERTIFIED MAIL RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kyle Vogt
Klance Staging Inc.
1375 Jefferson St.
Pacific, MO 63039



9590 9402 7562 2098 7497 88

2. Article Number *(Transfer from service label)*

9589 0710 5270 0721 8216 22

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                            ☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery
Maria Mclain

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053            Domestic Return Receipt

ALERT: IMPACTS FROM SNOW AND BLIZZARD CONDITIONS IN THE GREAT LAKES REGION O...

# USPS Tracking®

FAQs >

**Tracking Number:**                                                    Remove ✕

# 95890710527007211821622

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Expected Delivery by

## MONDAY

# 23 March 2026 ⓘ    by 9:00pm ⓘ

Your item arrived at our USPS facility in SAINT LOUIS MO DISTRIBUTION CENTER on March 20, 2026 at 10:46 am. The item is currently in transit to the destination.

Feedback

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**

**Out for Delivery**

**Preparing for Delivery**

## Moving Through Network
**Arrived at USPS Regional Facility**

SAINT LOUIS MO DISTRIBUTION CENTER
March 20, 2026, 10:46 am

**Arrived at USPS Regional Facility**

ST LOUIS MO PACKAGE SORTING CENTER
March 19, 2026, 8:42 pm